IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PEDRO HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv343-MHT |
| | ) | (WO) |
| ROBERT BENTLEY, Governor, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 16) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted.

(3) Plaintiff's motion for preliminary injunction (doc. no. 4) is denied.

(4) This case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 23rd day of June, 2014.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE