IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PEDRO HERNANDEZ,              )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         2:14cv343-MHT
                              )             (WO)
ROBERT BENTLEY, et al.,       )
                              )
    Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging he was subjected to cruel and unusual prisons conditions, in violation of the Eighth Amendment, while incarcerated at Kilby Correctional Facility.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of March, 2017.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE